ELIZABETH HENRY, ADMINISTRATRIX AD PROSEQUEN-
DUM OF WILLIAM W. HENRY, DECEASED, PLAINTIFF-
RESPONDENT, v. EHRLICH TRANSFER & TRUCKING
CO., INC., A CORPORATION, AND FRANK M. VENTI,
DEFENDANTS-APPELLANTS.

ELIZABETH HENRY, ADMINISTRATRIX AD PROSEQUEN-
DUM OF WILLIAM W. HENRY, DECEASED, PLAINTIFF-
RESPONDENT, v. EHRLICH TRANSFER & TRUCKING
CO., INC., A CORPORATION OF THE STATE OF NEW
YORK, DEFENDANT-APPELLANT.

Submitted October 28, 1938—Decided January 13, 1939.

For the defendants-appellants, *Frank G. Turner.*

For the plaintiff-respondent, *Coult, Satz & Tomlinson*
(*Joseph Coult, Jr.*).

PER CURIAM.

The facts in this case, so far as pertinent, are stated in the
opinion of this court, *Henry* v. *Ehrlich Transfer, &c.,* 119
*N. J. L.* 493. It was there held that a violation of the
Traffic act did not necessarily constitute contributory negli-
gence. See, also, *Rizzolo* v. *Public Service Co-ordinated
Transport,* 111 *Id.* 107. The learned trial judge, carefully
observing our opinions, modified the defendants' first request
to charge so as to conform with the law of the case as fixed
by us. There was no error in this.

In so far as other requests to charge were modified, the
modifications were proper. The requests not charged, where

proper, were sufficiently covered in the charge as given. The law was made perfectly clear to the jury and the issues were so framed that they had a firm foundation for their deliberation. We have carefully considered all of the arguments of counsel and conclude that they are without merit.

The judgment will be affirmed.

*For affirmance*—THE CHANCELLOR, TRENCHARD, PARKER, CASE, BODINE, DONGES, HEHER, PERSKIE, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, WALKER, JJ. 14.

*For reversal*—THE CHIEF JUSTICE. 1.